IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARD HEISNER, *et al.,*

Plaintiffs,

v.

Case No. 17-cv-122 JPG/SCW

COUNTY BOARD OF PERRY COUNTY, *et al.*,

Defendants.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 26, 2017**      **JUSTINE FLANAGAN, Acting Clerk of Court**

   **s/*Tina Gray*, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**